UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

        Plaintiff,

    v.

EINSTEIN AND NOAH CORP., et al.,

        Defendants.

Case No. 21-cv-02952-KAW

**ORDER TO SHOW CAUSE**

Plaintiff Meryl Pomponio filed the instant suit against Defendants Einstein and Noah Corp., et al. (Dkt. No. 1.) Pursuant to the parties' stipulation, the joint site inspection deadline was September 30, 2021, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (*See* Dkt. Nos. 6, 20.) Thus, Plaintiff's "Notice of Need for Mediation" was due by November 12, 2021.[1]

As of the date of this order, Plaintiff has yet to file her "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **December 16, 2021**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: December 8, 2021

                                                                                                KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] November 11, 2021 was a court holiday.